IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | |
|---|---|
| VISION HEALTHCARE SYSTEMS (INTERNATIONAL) PTY, LTD. | ) ) ) |
| v. | ) NO. 3-15-0175 ) JUDGE CAMPBELL |
| VISION SOFTWARE TECHNOLOGIES INC. | ) ) ) |

ORDER


Pending before the Court is Plaintiff's Motion to Stay and Compel Arbitration (Docket No. 12). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is GRANTED. This action is STAYED, pending further Order of the Court, and the parties are ordered to participate in arbitration.

This case is referred to the Magistrate Judge to issue and implement orders with regard to the arbitration in accordance with this opinion and the parties' Agreement.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE