UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VISION HEALTHCARE SYSTEMS
(INTERNATIONAL) PTY, LTD.,

    Plaintiff,                                   Civil Action No. 15-CV-175

vs.                                          HON. BERNARD A. FRIEDMAN

VISION SOFTWARE TECHNOLOGIES, INC.,

    Defendant.
_____/

## JUDGMENT

        The Court has issued an opinion and order in this matter granting plaintiff's motion to confirm the arbitrator's award and denying defendant's motion to vacate the arbitrator's award. Accordingly,

        IT IS ORDERED AND ADJUDGED that judgment be and hereby is granted for plaintiff and against defendant in the amount of $449,097.17.

                                                            KEITH THROCKMORTON
                                                            CLERK OF COURT

                                                            By: s/Julie Owens
                                                                 Deputy Clerk

Approved: s/Bernard A. Friedman
            BERNARD A. FRIEDMAN
            SENIOR U.S. DISTRICT JUDGE
            SITTING BY SPECIAL DESIGNATION